IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MITCHELL WOODALL,

    Plaintiff,

v.                                                    1:17-cv-00783-KK/JHR

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff Mitchell Woodall and Defendant Liberty Mutual Fire Insurance Company's Stipulated Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff against Defendant on the grounds that all matters in controversy by Plaintiff against Defendant has been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by Plaintiff, Mitchell Woodall against Defendant, Liberty Mutual Fire Insurance Company, be and hereby is dismissed, with prejudice, with each party to bear his/its own attorney's fees and costs.

    **IT IS SO ORDERED**.

                                                          _____
                                                          HONORABLE KIRTAN KHALSA
                                                          DISTRICT COURT JUDGE

**APPROVED BY:**

/s/Robert C. Gutierrez, approved 12/18/17
Robert C. Gutierrez
*Attorneys for Plaintiff*


/s/ Meena H. Allen
Meena H. Allen
*Attorneys for Defendant*